# UNITED STATES DISTRICT COURT
for the

_Southern_ District of Georgia

_Six Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 MAR 10 P 4:06

CLERK
SO. [DIST.] GA.

| | |
|---|---|
| SHIRLEY PEARSON ARCHER c/o<br>ARCHER PEARSON & EXTENDED FAMILY TRUST<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>LEON GLENN PEARSON<br>TALBOT COUNTY GA. c/o Register of Deed<br>GLORIA PRESCOTT  el at<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>CV121- 050 |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Shirley Pearson Archer |
   | Street Address | 2801 Washington Road Ste.107 #205 |
   | City and County | Augusta |
   | State and Zip Code | GA. 30909 |
   | Telephone Number | |
   | E-mail Address | shekinahupdate@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Leon Glenn Pearson |
| Job or Title *(if known)* | Independant Carpenter |
| Street Address | 6820 N.W. 13th Avenue |
| City and County | Miami |
| State and Zip Code | Florida 33147 |
| Telephone Number | 786-525-2521 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Talbot County GA. |
| Job or Title *(if known)* | Register of Deed |
| Street Address | P.O. Box 323 |
| City and County | Talbotten, |
| State and Zip Code | Georgia 31827 |
| Telephone Number | 706-665-3239 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Gloria Prescott |
| Job or Title *(if known)* | N/A |
| Street Address | 2603 Memory Lane |
| City and County | Douglasville |
| State and Zip Code | Georgia, 30135 |
| Telephone Number | 786-202-3731 |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Western & Southern Insurance Company |
| Job or Title *(if known)* | Claim Dept. |
| Street Address | 400 Broadway |
| City and County | Cincinnati |
| State and Zip Code | Ohio, 45202-3341 |
| Telephone Number | 877-367-9734 |
| E-mail Address *(if known)* | claims.document@wsfgrp.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | CLARENDON COUNTY |
| Job or Title (if known) | REGISTER OF DEED |
| Street Address | 411 SUNSET DRIVE |
| City and County | MANNING |
| State and Zip Code | SC |
| Telephone Number | 29102 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | STANLEY E. JOHNSON |
| Job or Title (if known) | INDEPENDANT LAWYER |
| Street Address | 9997 N.E. 2nd Avenue #219 |
| City and County | Miami |
| State and Zip Code | Florida 33138 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | ERNESTINE PEARSON ROBERSON |
| Job or Title (if known) | RETIRED |
| Street Address | 6 DRURY LANE |
| City and County | FLORENCE |
| State and Zip Code | SC 29506 |
| Telephone Number | 843-799-0786 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* SHIRLEY PEARSON ARCHER, is a citizen of the State of *(name)* DIVERSITY CITIZENSHIP.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* LEON GLENN PEARSON, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

    b.    If the defendant is a corporation

The defendant, *(name)* TALBOT COUNTY, is incorporated under the laws of the State of *(name)* GEORGIA, and has its principal place of business in the State of *(name)* GEORGIA.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$125,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
The State of Florida,   ( see attached statement)

B.    What date and approximate time did the events giving rise to your claim(s) occur?
May 19, 2019   ( see attached statement and documents)

# Shirley Pearson Archer c/o Archer-Pearson & Extended Family Trust
# VS  Leon Glenn Pearson, Talbot Co. GA, et, al

**ATTACHMENT-II.**

**B-3.** The Defendants committed Inheritance Theft against the Plaintiff by preventing the Plaintiff from receiving what the Deceased Veteran desired for The Plaintiff to receive; the Defendants did this by creating another Estate Will without the Deceased Veteran's knowledge. Also, the Deceased Veteran's signature was forged by the Defendant(s).

**III. -STATEMENT OF CLAIM:**

**A.-**This event occurred in The State of Florida, rolled over into The State of South Carolina and Georgia. One of The Defendants used his knowledge and skills to help fabricate an Estate will in The State of Florida, then another Defendant signed the Veteran's name on The Estate Will under the instruction of The Defendant who was the masterminding the plot. This was all done behind the Veteran's back unknowingly of the deception to exploit his Estate.

**B.** During the month of May 2019, is when The Veteran took sick and The Plaintiff started caring for him. One of the defendant's left South Carolina and traveled to The State of Florida with the intention to start plotting against the Veteran on his sick bed. The Defendant arrived in The State of Florida around August 2019.

**C. –** Facts underlying The Plaintiff's claim:  While The Plaintiff was caring for The Veteran, the Veteran asked The Plaintiff to assist him with putting things in place the way he desired, equally dividing his Estate between his heirs and his wife; which would have given the Plaintiff her equal amount of The Estate, one of The Defendant's who traveled out of State to The State of Florida, arrived and started placing The Veteran under undue-stress and undue-influence  by preventing and blocking the Plaintiff from assisting The Veteran in carrying out his true wishes. This one Defendant influenced all the other Defendants to assist

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See attached Statement)

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

(See attached Statement and documents)

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(See attached Statement)

in exploiting the Veteran's Estate, creating Inheritance Theft against the Plaintiff. There are other witnesses who can confirm this statement.

### IV. IRREPARABLE INJURY:

The Plaintiff had just recently set up a new business when The Veteran took sick. The Plaintiff placed The Veteran's life and health first over her new business during this time while focusing on the Veteran's health and life. The Plaintiff's new business was placed under a Wrongful Eviction, losing all her investment products, personal items, pictures of events, etc. The Plaintiff was also dealing with a Wrongful Foreclosure on her home; The Plaintiff, once again placed The Veteran's life above her personal affairs. The injuries of this level of lost are irreparable whereby no amount of money can replace the time and effort to purchase a house and to set up a business.

### V. RELIEF:

1.-The Plaintiff is asking The Federal Court to first reverse or set aside the Wrongful activities done to The Veteran Estate under the fabricated Estate Will that was created unknowingly to The Veteran before he died.

2.-The Plaintiff is asking The Federal Court to grant the Plaintiff Executor of the Diversity Estate Will of the Deceased Veteran in order to correct the wrong done under the fabricated Estate Will. This will allow the Plaintiff to honor the wishes of The Deceased Veteran by dividing the Deceased Estate equally. This would allow the Plaintiff to receive her rightful portion and give the Deceased Veteran's wife her rightful portion.

3.- The Plaintiff is asking The Federal Court to allow the Deceased Veteran's Real Estate and land to be placed into The Archer Pearson Family & Extended Family Trust until the Deceased Veteran's house is sold as the Veteran wished. The Deceased Veteran wanted the land in Talbot County, GA. Divided equally between his heirs and his wife's heirs. The Plaintiff is asking the Federal Court to

allow her to place the now deceased Veteran's portion of the land in Talbot County Ga., Into The Archer Pearson Family & Extended Family Trust.

4.-The Plaintiff is asking The Federal Court to help bring clarity to the The Policy with Western & Southern Insurance Company to be equally divided between The Deceased Veteran's Widow and The Plaintiff, who have been cheated out of funds that were taken from the Deceased Veteran's bank accounts, His home Safe and other funds unknown; all done by the Defendants who created the fabricated Estate Will. The Defendants also tried to take most of the funds from the policy from the Plaintiff and the Veteran's Widow by changing the wishes of the Deceased Veteran.

5.-The Plaintiff is asking The Federal Court to appoint The Plaintiff, as Co-agent of the Deceased Veteran's widow who diagnosed with Early Dementia, who's unable to speak for herself and her Agent who's her son, does not wish to get involved in the Wrongful Act against the Veteran's Estate which has a direct effect on the Deceased Veteran's Widow. The Plaintiff is asking to Federal Court to help make correction to allow those funds to be recovered that The Defendant's allowed others to exploit out of the Veteran on his sick bed that was wrongfully taken from the Veteran in just a months, days, and hours before his death and after his death. This will help bring closure to this Wrongful Act against the Deceased Veteran's Estate and his Widow who has Early Dementia and The Plaintiff.

6.-The Plaintiff is asking that the Defendant, Stanley Johnson Jr., pay the Plaintiff $50,000.00, who created the fabricated Estate Will. Misrepresenting the Deceased Veteran's Estate and giving willfully wrong information to deceive the Veteran before his death.

The Plaintiff is asking that the Defendant, Leon Glenn Pearson, pay The Plaintiff $50,000.00 , who carried out the fabricated Estate Will and possibly signed the name of The Deceased Veteran on the fabricated Estate Will; while moving forward to transfer The Deceased Veteran's Real Estate in his name committing Deed and Title Fraud on The Deceased Veteran Estate and transferring The Deceased Veteran vehicles into his name before the final ordered was granted

by Court. Clearing out all The Deceased Bank accounts and IRA Retirement account.

The Plaintiff is asking that the Defendant, Ernestine Pearson Roberson, pay the Plaintiff $25,000.00, who was the mastermind behind the entire plot against the Plaintiff, the Deceased Veteran and the Widow of the Deceased Veteran. The Defendants committed Title Fraud on a Lot in Manning SC whereby the Deceased Veteran informed all three Defendants that He desired to give to the Plaintiff.

The Plaintiff is asking that the Defendant, Gloria Prescott, sign a Release from any claim against the Deceased Veteran's Estate.

7.-The Plaintiff is asking Clarendon County, Deed of Register, to reverse The Deceased Veteran's Real Estate and land out of The Defendants names and with The Federal Court's permission, to have it transferred into The Archer Pearson Family & Extended Family Trust.

The Plaintiff is asking that Talbot County GA reverse any portion of the land out of the Defendant, Leon Glenn Pearson's name and that the land is equally divided as the Deceased Veteran wished; which would be between his heirs and his wife's heirs.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____